IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICTOR GOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-322-RAW-DES |
| | ) |
| OKMULGEE COUNTY CRIMINAL | ) |
| JUSTICE AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

On January 17, 2024, Magistrate Judge Snow entered a Report and Recommendation, which recommended that defendant's motion to dismiss be granted.* No objection has been filed and the time for doing so has passed. After independent review, the recommendation will be followed.

The Report and Recommendation (#33) is affirmed and adopted as the order of the court. Defendant's motion to dismiss (#27) is granted. Plaintiff's amended complaint is dismissed without prejudice.

---

*The undersigned had previously granted (#25) in part a motion to dismiss. Plaintiff's claims for hostile work environment and constructive discharge were dismissed on the merits. The present ruling, dismissing the remaining claims without prejudice for insufficient service, does not disturb the previous ruling.

**ORDERED THIS 7th DAY OF FEBRUARY, 2024.**

_____
**RONALD A. WHITE
UNITED STATES DISTRICT JUDGE**